# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Anna Olga Alcantar<br>DOB: 1994; United States Citizen | DOCKET NO. 20-04852MJ<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18, United States Code, Section 922(a)(6)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 16, 2020, in the District of Arizona, ANNA OLGA ALCANTAR, in connection with the acquisition of a firearm, that is, one Browning model Hi Power 9mm pistol from Sahuarita Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Sahuarita Guns, which statement was intended to deceive Sahuarita Guns as to a fact material to the lawfulness of such sale of said firearm to ANNA OLGA ALCANTAR under Chapter 44, Title 18, United States Code, in that ANNA OLGA ALCANTAR stated that she was the actual transferee/buyer of said firearm when in fact she was purchasing the firearm on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 16, 2020, Joel Adan Campos attempted to purchase a firearm – specifically, a Browning Hi Power 9mm pistol – from Sahuarita Guns, a federally licensed firearms dealer. Campos had previously been convicted of a felony offense, and Sahuarita Guns refused to sell the firearm to Campos after completing the required background check. Campos then asked ANNA OLGA ALCANTAR to purchase the same firearm for him, and ALCANTAR agreed. On the same date, ALCANTAR purchased the Browning HiPower 9mm pistol from Sahuarita Guns. In connection with the purchase of the firearm, ALCANTAR completed the Firearms Transaction Record (Form 4473) required to be kept by the federally licensed firearms dealer for every firearm purchase. ALCANTAR answered "yes" to the question, "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." ALCANTAR knew that this statement was false at the time she made it because she was purchasing the firearm on behalf of Campos. On January 24, 2020, ALCANTAR obtained the firearm from the licensed dealer and provided it to Campos.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent Jose Huerta |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 20, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54